1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   EASTERN DISTRICT OF CALIFORNIA
9
10  UNITED STATES OF AMERICA,        )    1:09-cv-1969 OWW GSA
                                     )
11              Plaintiff,           )    ORDER TO SHOW CAUSE RE:
                                     )    CONSOLIDATION
12      v.                           )
                                     )    Opposition to Consolidation
13  APPROXIMATELY $2,770.00 IN U.S.  )    of Cases Filing Deadline:
    CURRENCY, and                    )    4/12/10
14                                   )
    2005 CHEVROLET TRUCK, VIN:       )    Reply to Consolidation of
15  2GCEC19T051249989, LICENSE:      )    Cases Filing Deadline:
    7U34478,                         )    4/19/10
16                                   )
                Defendants.          )    Order to Show Cause re:
17                                   )    Consolidation of Cases
                                     )    Hearing Date: 4/26/10 10:00
18                                        Ctrm. 3
19
20  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
21       All parties shall show cause, if any they have, on April 26,
22  2010, at the hour of 10:00 a.m. in Courtroom 3 of the above-
23  referenced Court, why this case should not be consolidated for
24  all purposes, including trial, with Case Number 1:09-cv-1004 OWW
25  GSA, <u>United States of America v. 11880 East Harvard Avenue,</u>
26  <u>Sanger, CA 93657</u>.
27       Any opposition or showing of cause shall be filed on or
28  ///

                                    1

before April 12, 2010.  Any reply shall be filed on or before April 19, 2010.

IT IS SO ORDERED.

Dated:   March 24, 2010                    /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE